**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| GLORIA MARTINEZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 3:13-CV-357-KC |
| | ) | |
| AMERICAN MEDICAL SYSTEMS, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE TO THE COURT AS TO THE PENDING MOTION TO STAY THIS**
**ACTION PENDING A JPML DECISION TO TRANSFER TO MDL NUMBER 2325**

**TO THE HONORABLE JUDGE OF SAID COURT:**

The Parties to this action, by and through the undersigned counsel, having conferred and reached an agreement regarding the AMS Defendants' Motion to Stay pending transfer of this action to MDL No. 2325, provide this notice to the Court. Plaintiffs hereby withdraw their objections to the AMS Defendants' Motion to Stay and agree that this matter should be transferred to MDL No. 2325, pending before the Southern District of West Virginia. Plaintiffs' notice in this regard applies only to this action and shall not apply to nor serve as a waiver of any rights of any Plaintiffs who are not specifically identified in this matter.

Further, Defendants request that AMS's Motion to Sever and Boston Scientific Corporation's Motion to Dismiss for Failure to State a Claim be removed from the Court's current motion docket, and that Plaintiffs be relieved of responding to said motions until at least twenty-one (21) days after a decision by the JPML on transfer of this matter to MDL No. 2325. The Parties hereby ask the Court to stay the case and relieve the parties of any

current pleading, discovery, or other obligation pending a ruling on the transfer to MDL No. 2325.

## Conclusion

WHEREFORE, the Parties respectfully request that the Court grant the motion to stay pending a decision by the JPML on transfer of this matter to MDL No. 2325 pending before the Southern District of West Virginia and relieve the parties of any current pleading, discovery, or other obligation consistent with this motion or until further notice of the Court.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/S/ KURT B. ARNOLD*
Kurt B. Arnold
Texas State Bar No:  24036150
6009 Memorial
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
karnold@arnolditkin.com

**THE MOSTYN LAW FIRM**
J. Steve Mostyn
State Bar No. 00798389
3810 West Alabama Street
Houston, TX  77027
(713) 861-6616 (Office)
(713) 861-8084 (Facsimile)
**Attorneys For Plaintiffs**

REED SMITH LLP

*/S/ JULIE HARDIN*
Julie A. Hardin
811 Main Street, Suite 1700
Houston, Texas 77002-6110
(713) 469-3813
jhardin@reedsmith.com

**Attorneys for American Medical Systems, Inc.;**
**American Medical Systems Holdings, Inc.**
**Endo Pharmaceuticals, Inc.**
**Endo Pharmaceuticals Holdings, Inc.; and**
**Endo Health Solutions, Inc.**


SHOOK, HARDY & BACON L.L.P.


*/S/ KATHLEEN A. FRAZIER*
Kathleen A. Frazier
Texas Bar No. 24043663
Emily A. Jung
Texas Bar No. 24083283
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone: 713.227.8008
Facsimile 713.227.9508
E-Mail: kfrazier@shb.com
E-Mail: ejung@shb.com

**Attorneys for Defendant**
**Boston Scientific Corporation**

## Certificate of Conference

The parties, who through counsel have filed this Notice with the Court, have conferred with counsel for Johnson & Johnson, Ethicon, Inc., C.R. Bard, Inc., Coloplast Corp., Coloplast A/S, Coloplast Manufacturing US, LLC, Caldera Medical Inc., Mentor World Wide, LLC, Covidien, Cook Medical, Inc. and each of the aforementioned parties have indicated that they are unopposed to the relief sought by way of the agreement set forth herein. Further, counsel has made good faith efforts to contact counsel for each of the named parties who have made an appearance in this action and is currently unaware of any parties that oppose the relief sought by way of the agreement set forth herein.

ARNOLD & ITKIN LLP

*/S/ KURT B. ARNOLD*
Kurt B. Arnold
Texas State Bar No:  24036150
6009 Memorial
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
karnold@arnolditkin.com

THE MOSTYN LAW FIRM
J. Steve Mostyn
State Bar No. 00798389
3810 West Alabama Street
Houston, TX  77027
(713) 861-6616 (Office)
(713) 861-8084 (Facsimile)
**Attorneys For Plaintiffs**

REED SMITH LLP

*/S/ JULIE HARDIN*
Julie A. Hardin
811 Main Street, Suite 1700
Houston, Texas 77002-6110
(713) 469-3813
jhardin@reedsmith.com

**Attorneys for American Medical Systems, Inc.;**
**American Medical Systems Holdings, Inc.**
**Endo Pharmaceuticals, Inc.**
**Endo Pharmaceuticals Holdings, Inc.; and**
**Endo Health Solutions, Inc.**

SHOOK, HARDY & BACON L.L.P.

*/S/ KATHLEEN A. FRAZIER*
Kathleen A. Frazier
Texas Bar No. 24043663
Emily A. Jung
Texas Bar No. 24083283
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone: 713.227.8008
Facsimile 713.227.9508
E-Mail: kfrazier@shb.com
E-Mail: ejung@shb.com

**Attorneys for Defendant**
**Boston Scientific Corporation**


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed electronically filed and served on all known counsel of record via the Court's electronic filing system on this 19th day of November, 2013.

*/S/ KURT B. ARNOLD*
Kurt B. Arnold